UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELTON BENOITE,<br><br>        Plaintiff,<br><br>    v.<br><br>J. DOERER, et al.,<br><br>        Defendants. | Case No.  1:24-cv-01407-HBK (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE BUREAU OF PRISONS |

Plaintiff, a federal prisoner, initiated this action on November 18, 2024, by filing a pro se civil rights complaint pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*[1] 403 U.S. 388 (1971).  (Doc. No. 1, "Complaint").  Plaintiff seeks leave to proceed *in forma pauperis* on his Complaint and submitted a certification from prison officials in support.  (Doc. No. 2).  Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the full $350.00 statutory filing fees as set forth in 28 U.S.C. § 1915.  **Pursuant to § 1915(b)(1)(A), Plaintiff is obligated to make an initial payment of $29.33**[1]

---

[1] The statute requires an initial filing fee of 20% of the greater of the six-month average monthly deposits or average monthly balance.  28 U.S.C. § 1915(b)(1)(A), (B).  Plaintiff's average monthly balance over the relevant period was $48.89 and his average monthly deposits was $146.66.  (Doc. No. 2 at 2).

1 **(20% of the average monthly deposits on his prisoner's account).** Thereafter, Plaintiff must make monthly payments of 20% of the preceding month's income credited to his trust account. The Bureau of Prisons is required to send the initial $29.33 payment to the Clerk of the Court from any deposits made into Plaintiff's account until the $29.33 payment is made and thereafter make subsequent payments from Plaintiff's account each time the amount in his account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

ACCORDINGLY, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

2. **The Director of the Federal Bureau of Prisons, or his designee shall forward an initial payment of $29.33 to the Clerk of the Court from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(1)(B) and thereafter shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.** The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Federal Bureau of Prisons, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

Dated:    November 20, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE