UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELTON BENOITE,<br><br>        Plaintiff,<br><br>    v.<br><br>J. DOERER, et al.,<br><br>        Defendants. | Case No. 1:24-cv-01407-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Docs. 10, 13 |

Plaintiff Shelton Benoite is a state prisoner proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 12, 2025, plaintiff filed a motion for class certification. Doc. 10. On March 10, 2025, the assigned magistrate judge issued findings and recommendations recommending plaintiff's motion for class certification be denied because plaintiff is a non-lawyer proceeding without counsel and it is well established that a layperson without counsel cannot bring a class action. Doc. 13. The findings and recommendation contained notice that objections to the Findings and Recommendation were to be filed within fourteen days. *Id*. at 2. Plaintiff filed a motion titled "Motion to Reconsider - Motion to Appoint Counsel," in which he acknowledges the magistrate judge's finding that this case may not proceed as a class action as plaintiff is unrepresented but requests that the Court "reconsider the decision" with his "request to

appoint counsel." Doc. 15.  On April 7, 2025, the assigned magistrate judge construed the filing as a motion to appoint counsel and denied the motion.  Doc. 16.  Plaintiff has not filed any other objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court concludes that the findings and recommendation are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations filed on March 10, 2025 (Doc. 13) are adopted in full;
2. Plaintiff's motion to certify a class (Doc. 10) is denied; and
3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   May 15, 2025

UNITED STATES DISTRICT JUDGE

2