1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SHELTON BENOITE,                          Case No. 1:24-cv-01407-KES-HBK (PC)

12              Plaintiff,                      ORDER DISREGARDING PLAINTIFF'S
                                                SUPPLEMENTARY BRIEF
13        v.
                                                (Doc. No. 20)
14   WARDEN J. DOERER, *et al*.,

15              Defendants.

16

17

18        On June 12, 2025, the Court denied Plaintiff's motion to supplement his complaint.  (Doc.

19   No. 17) and sua sponte granted Plaintiff an extension of time to file a response to the Court's

20   April 1, 2025, Screening Order (Doc. No. 14).  (Doc. No. 19, "June 12, 2025 Order").  The Court

21   afforded Plaintiff an opportunity to elect one of three options, including the option to file a

22   "freestanding and complete" amended complaint.  (*Id*. at 2).  The Court explained that "[i]f

23   Plaintiff elects to file an amended complaint, Plaintiff is again cautioned that his amended

24   complaint replaces his original complaint and, thus, it must be freestanding and complete on its

25   face."  (*Id*. (citing *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc*., 896 F.2d 1542, 1546

26   (9th Cir. 1989))).  The Court further clarified that the amended complaint "cannot reference or

27   incorporate the prior complaint, and it must include all grounds for relief."  (*Id.* (citing Local Rule

28   220)).

1       On June 20, 2025, Plaintiff filed the instant Supplementary Brief in Regard to Filing

2 Federal Claims and Complaints.  (Doc. No. 20, "Motion").  This pleading attaches various

3 grievances and the institution's responses.  (*Id*. at 3-11).  Because Plaintiff's Brief was signed and

4 dated June 9, 2025, the Court presumes that Plaintiff was unaware of the June 12, 2025 Order

5 when submitting the instant pleading, and that the Court's June 12, 2025 Order and Plaintiff's

6 instant pleading "passed in the mail."  (*See id*. at 2).  As pointed out in the Court's June 12, 2025

7 Order, Plaintiff must submit a free-standing amended complaint if he wishes to proceed on this

8 action.  (*See* Doc. No. 19 at 2).

9       Accordingly, it is **ORDERED**:

10       The Court disregards Plaintiff's Supplementary Brief (Doc. No. 20) for the same reasons

11 stated in the June 12, 2025 Order.

12

13 Dated:    June 24, 2025

14                      HELENA M. BARCH-KUCHTA
                     UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2