1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SHELTON BENOITE,                          Case No.  1:24-cv-01407-KES-HBK (PC)

12                 Plaintiff,                    NOTICE TO PARTIES REGARDING
                                                 FINDINGS AND RECOMMENDATIONS TO
13         v.                                    DISMISS ACTION

14    J. DOERER, et al.,                         (Doc. No. 24)

15                 Defendants.

16

17

18         On September 25, 2025, the undersigned issued Findings and Recommendations ("F&R")

19    to dismiss this action without prejudice for failure to comply with court orders and prosecute this

20    action.  (Doc. No. 24).  The F&R mistakenly omitted the following Notice to the parties regarding

21    the District Court's review of the F&R and the process for filing objections.  The Parties are

22    hereby advised as follows.

23                                  **NOTICE TO PARTIES**

24         These Findings and Recommendations will be submitted to the United States District

25    Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

26    after being served with a copy of these Findings and Recommendations, a party may file written

27    objections with the Court.  *Id.*; Local Rule 304(b).  The document should be captioned,

28    "Objections to Magistrate Judge's Findings and Recommendations" and shall not exceed **fifteen**

1   **(15) pages**.  The Court will not consider exhibits attached to the Objections.  To the extent a party

2   wishes to refer to any exhibit(s), the party should reference the exhibit in the record by its

3   CM/ECF document and page number, when possible, or otherwise reference the exhibit with

4   specificity.  Any pages filed in excess of the fifteen (15) page limitation may be disregarded by

5   the District Judge when reviewing these Findings and Recommendations under 28 U.S.C. §

6   636(b)(l)(C).  A party's failure to file any objections within the specified time may result in the

7   waiver of certain rights on appeal.  *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

8

9   Dated:    September 30, 2025

10                                                       HELENA M. BARCH-KUCHTA
                                                         UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2